IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERWOOD LARAN BOSTIC,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4913

_____/

Opinion filed February 7, 2017.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Appellant, pro se

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, for Appellee.


PER CURIAM.

      AFFIRMED.

OSTERHAUS, JAY, and WINSOR, JJ., CONCUR.